JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ROBERTA ANDERSON, | ) | Case No.: 2:20-cv-01702-JDE |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties' Stipulation (Dkt. 13), the above captioned matter is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED: September 08, 2020

_____
JOHN D. EARLY
United States Magistrate Judge

-1-